864 A.2d 1199

Eric SCHREIBER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE
and, Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Dec. 21, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2004, the above captioned appeal is quashed as interlocutory. The Emergency Application To Stay Proceedings in Lower Court Pending Disposition of Appeal is dismissed as moot.